UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

YUE WU,

Defendant.

NO. CR14-306RAJ

GOVERNMENT'S MOTION FOR DETENTION

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. **Eligibility of Case**. This case is eligible for a detention order because this case involves (check all that apply):

    ___ Crime of violence (18 U.S.C. § 3156)

    ___ Crime of Terrorism (18 U.S.C. § 2332b(g)(5)(B)) with a maximum sentence of ten years or more

    ___ Crime with a maximum sentence of life imprisonment or death

    ___ Drug offense with a maximum sentence of ten years or more

|   |   |   |
|---|---|---|
| 1 | — | Felony offense and defendant has two prior convictions in the four categories above, or two State convictions that would otherwise fall within these four categories if federal jurisdiction had existed. |
| 4 | — | Felony offense involving a minor victim other than a crime of violence |
| 5 | — | Felony offense, other than a crime of violence, involving possession or use of a firearm, destructive device (as those terms are defined in 18 U.S.C. § 921), or any other dangerous weapon |
| 8 | — | Felony offense other than a crime of violence that involves a failure to register as a Sex Offender (18 U.S.C. § 2250) |
| 10 | X | Serious risk the Defendants will flee |
| 11 | X | Serious risk of obstruction of justice, including intimidation of a prospective witness or juror |

2. **Reason for Detention.** The Court should detain the Defendant because there are no conditions of release which will reasonably assure (check one or both):

    __X__    Defendant's appearance as required

    __X__    Safety of any other person and the community

3. **Rebuttable Presumption.** The United States *will not* invoke the rebuttable presumption against Defendant under § 3142(e). The presumption applies because:

    ___    Probable cause to believe defendant committed offense within five years of release following conviction for a "qualifying offense" committed while on pretrial release.

    ___    Probable cause to believe defendant committed drug offense with a maximum sentence of ten years or more

    ___    Probable cause to believe Defendants committed a violation of one of the following offenses: 18 U.S.C.§§ 924(c), 956 (conspiracy to murder or kidnap), 2332b (act of terrorism), 2332b(g)(5)(B) (crime of terrorism)

1 | ___ Probable cause to believe defendant committed an offense involving a victim under the age of 18 under 18 U.S.C. §§ 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1) through 2252(a)(3), 2252A(a)(1) through 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

4. **Time for Detention Hearing.** The United States requests that the Court conduct the detention hearing:

   X    At the initial appearance

   ___  After continuance of _____ days.

DATED this 13th day of November, 2014.

Respectfully submitted,
ANNETTE L. HAYES
Acting United States Attorney

_____
TODD GREENBERG
Assistant United States Attorney