THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>YUE WU,<br><br>　　　　Defendant | Case No.:  CR14-0306-RAJ<br><br><br>ORDER CONTINUING TRIAL DATE<br>AND PRETRIAL MOTIONS DEADLINE |

THIS MATTER having come before this Court upon Defendant Wu's motion to continue the date for the filing of pretrial motions and for trial, which the government does not oppose, the Court makes the following findings of fact and conclusions of law:

The trial date in this case has been continued one time, to April 20, 2015, from January 20, 2015.  Mr. Wu was represented by a different attorney until March 11, 2015. Mr. Wu's new defense counsel requires additional time to prepare this case, including investigating and exploring all relevant issues and defenses, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself

ORDER CONTINUING TRIAL DATE
& PRETRIAL MOTIONS DEADLINE - 1
CASE NO. CR14-0306-RAJ

CAMIEL & CHANEY, P.S.
2101 4TH AVENUE, SUITE 1900
SEATTLE, WA 98121-2315
PETER A. CAMIEL (206) 624-1551
PETERCAMIEL@YAHOO.COM
CATHERINE A. CHANEY (206) 343-7642
CATHERINE@CAMIELCHANEY.COM

within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

Taking into account the exercise of due diligence, a continuance is necessary to allow Defendant Wu the reasonable time for effective preparation of his defense. 18 U.S.C. § 3161(h)(7)(B)(iv).

Proceeding to trial on the currently-scheduled date would provide inadequate time for the defense to prepare and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

NOW, THEREFORE,

IT IS HEREBY ORDERED that Defendant Wu's unopposed motion to continue the trial date (Dkt. #21) is GRANTED.  The trial date in this matter is continued from April 20, 2015 to August 17, 2015 at 9:00 a.m.  The resulting period of delay from the date of this order, up to and including the new trial date of August 17, 2015, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

///

///

///

ORDER CONTINUING TRIAL DATE
& PRETRIAL MOTIONS DEADLINE - 2
CASE NO. CR14-0306-RAJ

CAMIEL & CHANEY, P.S.
2101 4TH AVENUE, SUITE 1900
SEATTLE, WA 98121-2315
PETER A. CAMIEL (206) 624-1551
PETERCAMIEL@YAHOO.COM
CATHERINE A. CHANEY (206) 343-7642
CATHERINE@CAMIELCHANEY.COM

1 All pretrial motions, including motions in limine, shall be filed no later than July 9, 2015.

DATED this 16th day of March, 2015.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER CONTINUING TRIAL DATE
& PRETRIAL MOTIONS DEADLINE - 3
CASE NO. CR14-0306-RAJ

CAMIEL & CHANEY, P.S.
2101 4TH AVENUE, SUITE 1900
SEATTLE, WA 98121-2315
PETER A. CAMIEL (206) 624-1551
PETERCAMIEL@YAHOO.COM
CATHERINE A. CHANEY (206) 343-7642
CATHERINE@CAMIELCHANEY.COM