UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff<br><br>    v.<br><br>YUE WU,<br><br>        Defendant. | NO. CR14-306 RAJ<br><br>STIPULATED PRELIMINARY ORDER OF FORFEITURE |

Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, and based upon the guilty plea of YUE WU to Count 1 of the Indictment, Conspiracy to Violate the Arms Export Control Act, Title 22, United States Code, Section 2778(b)(2) and (c), and Title 22, Code of Federal Regulations, Sections 121.1. 123.1, and 127.1(a), in violation of Title 18, United States Code, Sections 371, and upon the terms of the Plea Agreement filed in this matter between YUE WU and the United States, and upon further agreement of the parties to forfeit the property listed below, it is hereby:

ORDERED, ADJUDGED, AND DECREED that pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), the interest of YUE WU in the following property is hereby forfeited to the United States of America:

    a.    $38,120 in United States currency.

STIPULATED PRELIMINARY ORDER OF FOFRFEITURE
U.S. V. YUE WU (CR14-306 RAJ) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court finds that the property listed above is subject to forfeiture as property constituting or derived from, any proceeds Defendant obtained, directly, or indirectly, as a result of the charged conspiracy, to which the defendant has pleaded guilty.

IT IS FURTHER ORDERED that the United States Department of Homeland Security, and/or its authorized agents or representatives shall seize the property listed above, and maintain the said property in its custody and control until further order of this Court.

IT IS FURTHER ORDERED that pursuant to Title 21, United States Code, Section 853(n), the United States shall publish notice of the Preliminary Order of Forfeiture and of the intent of the United States to dispose of the property in accordance with law. The notice shall be posted on an official government website for at least thirty (30) days. The notice shall state that any person, other than the defendant, having or claiming a legal interest in the above-described property must file a petition with the Court within sixty (60) days of the first day of publication of notice (which is thirty (30) days of the last day of publication) on an official internet government forfeiture website, currently www.forfeiture.gov, or within thirty (30) days of receipt of actual notice, whichever is earlier.

The notice shall advise such interested person that:

1. the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in such property;
2. the petition shall be signed by the petitioner under penalty of perjury; and
3. the petition shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property.

The petition shall also set forth any additional facts supporting the petitioner's claim and the relief sought.

The United States shall also, to the extent possible, provide direct written notice as a substitute for published notice to any person known to have an alleged interest in the above-described property that is the subject of this Preliminary Order of Forfeiture.

STIPULATED PRELIMINARY ORDER OF FOFRFEITURE
U.S. V. YUE WU (CR14-306 RAJ) - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(4), Federal Rules of
2   Criminal Procedure, this Preliminary Order of Forfeiture shall become final as to the
3   defendant. If no third party files a timely claim, this Order shall become the Final Order
4   of Forfeiture as provided by Rule 32.2(c)(2), Federal Rules of Criminal Procedure.
5   IT IS FURTHER ORDERED that after the disposition of any motion filed under
6   Rule 32.2(c), Federal Rules of Criminal Procedure and before a hearing on any third
7   party petition, discovery may be conducted in accordance with the Federal Rules of Civil
8   Procedure upon a showing that such discovery is necessary or desirable to resolve factual
9   issues.
10  IT IS FURTHER ORDERED that the United States shall have clear title to the
11  above-described property following the Court's disposition of all third party interests, or,
12  if none, following the expiration of the period provided in Title 21, United States Code,
13  Section 853(n) for the filing of third party petitions.
14  //
15  //
16  //

STIPULATED PRELIMINARY ORDER OF FOFRFEITURE
U.S. V. YUE WU (CR14-306 RAJ) - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS FURTHER ORDERED that the Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e), Federal Rules of Criminal Procedure.

DATED this 25th day of August, 2015.

_____
Richard A. Jones
United States District Judge

Presented by:

_____
RICHARD E. COHEN
Assistant United States Attorney

_____
TODD GREENBERG
Assistant United States Attorney

_____
CATHERIN CHANEY
Attorney for Defendant

_____
YUE WU
Defendant

STIPULATED PRELIMINARY ORDER OF FOFRFEITURE
U.S. V. YUE WU (CR14-306 RAJ) - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970